**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| KEIUNA FORSHEE,<br><br>　　　Plaintiff,<br><br>v.<br><br>MERCURY FINANCIAL, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>　　　Defendants. | Case No.: 1:23-cv-05191-MHC-LTW<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC AND MERCURY FINANCIAL, LLC** |

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Equifax Information Services, LLC and Mercury Financial, LLC may be dismissed without prejudice, with the parties to bear their own fees and costs.

　　Respectfully submitted February 2, 2024

　　　　　　　　　　　　　　　　　　　　*/s/ Esther Oise*
　　　　　　　　　　　　　　　　　　　　Esther Oise, Esq. (GA Bar #686342)
　　　　　　　　　　　　　　　　　　　　Oise Law Group PC
　　　　　　　　　　　　　　　　　　　　2635 Governors Walk Blvd.
　　　　　　　　　　　　　　　　　　　　Snellville, GA 30078
　　　　　　　　　　　　　　　　　　　　Email: oiselaw@gmail.com
　　　　　　　　　　　　　　　　　　　　Telephone: (770) 895-3736
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*

Forshee v. Mercury, et al.                                   2                                   NOTICE OF DISMISSAL