UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KEIUNA FORSHEE,<br><br>    Plaintiff,<br><br>v.<br><br>MERCURY FINANCIAL, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>    Defendants. | Case No.: 1:23-cv-05191-MHC-LTW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS TRANSUNION, LLC AND EXPERIAN INFORMATION SOLUTONS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants TransUnion, LLC and Experian Information Solutions, Inc. hereby jointly stipulate that TransUnion, LLC and Experian Information Solutions, Inc. may be dismissed without prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Respectfully submitted February 14, 2024

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff


/s/ Michael D. McWaters
Michael D. McWaters
(Georgia Bar No. 523512)
JONES DAY

/s/ Paul W. Sheldon
Paul W. Sheldon
Georgia Bar No. 947098
psheldon@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax
Counsel for Trans Union LLC

| | |
|---|---|
| 1221 Peachtree Street, N.E., Suite 400 | */s/ Allison Rhadans* |
| Atlanta, GA 30361 | Allison Rhadans |
| Telephone: (404) 521-3939 | Ga. Bar No. 940557 |
| Facsimile: (404) 581-8330 | Allison.Rhadans@equifax.com |
| mmcwaters@jonesday.com | Legal Counsel - Litigation |
| Counsel for Defendant | Equifax Legal Department |
| Experian Information Solutions, Inc. | 1550 Peachtree Street |
| | Atlanta, Georgia 30309 |
| | 470-714-5657 |
| | Counsel for Equifax Information Services LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*